NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOY MM DELAWARE, INC.** AND
**JOY TECHNOLOGIES, INC. (DOING BUSINESS AS JOY MINING MACHINERY),**
*Plaintiffs-Appellees,*

v.

**CINCINNATI MINE MACHINERY, CO.,**
*Defendant-Appellant.*

---

2012-1154

---

Appeal from the United States District Court for the Western District of Pennsylvania in case no. 09-CV-1415, Chief Judge Gary L. Lancaster.

------------------------------------------------

**JOY MM DELAWARE, INC.** AND
**JOY TECHNOLOGIES, INC. (DOING BUSINESS AS JOY MINING MACHINERY),**
*Plaintiffs-Appellants,*

v.

**CINCINNATI MINE MACHINERY, CO.,**
*Defendant-Appellee.*

---

2012-1153

Appeal from the United States District Court for the Western District of Pennsylvania in case no. 09-CV-1415, Chief Judge Gary L. Lancaster.

## ON MOTION

## ORDER

Cincinnati Mine Machinery, Co. moves without opposition to dismiss cross appeal no. 2012-1154.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2012-1154 is granted. The revised official caption in 2012-1153 is reflected above.

(2) Each side shall bear its own costs in 2012-1154.

FOR THE COURT

APR 25 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Katherine W. Schill, Esq.
    Brett A. Schatz, Esq.

s21

Issued As A Mandate (As To 2012-1154 Only): APR 25 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 25 2012

JAN HORBALY
CLERK